26 CV 7984

# CIVIL COMPLAINT: STANDING, CONFLICT OF INTEREST, AND THE LINUX FOUNDATION'S CHARTER BREACH

## CAPTION BLOCK

**HARRY ALEXANDER KNIGHT** (preferred moniker: **Fisher**), Acting *Sui Juris*, as a Natural Person, Sovereign Principal, and Relator for the United States Government, Plaintiff,
v.
**THE LINUX FOUNDATION; X402 FOUNDATION, LLC; COINBASE GLOBAL, INC.; CLOUDFLARE, INC.; STRIPE, INC.; GOOGLE LLC / GOOGLE CLOUD; MICROSOFT CORPORATION; AMAZON WEB SERVICES, INC. (AWS); VISA INC.; MASTERCARD INC.; CIRCLE INTERNET FINANCIAL, LLC; CANTOR FITZGERALD, L.P.; X CORP. / X PAYMENTS LLC; AND ASSOCIATED CARTEL CONSORTIUM ENTERPRISES**, Defendants.
**CIVIL ACTION NO. [FOR COURT USE] MASTER COMPLAINT FOR FALSE CLAIMS ACT (*QUI TAM*), CIVIL RICO, REVOCATION OF 501(c)(6) STATUS FOR ULTRA VIRES CARTEL FACILITATION, PRIMARY DEALER BOND ENTRAPMENT, CONFLICT-OF-INTEREST CAPTURE, AND EMERGENCY REHYPOTHECATION TO THE U.S. TREASURY DEMAND FOR JURY TRIAL**

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 14 AM 9:15

## SECTION I: STANDING AND SOVEREIGN INJURY-IN-FACT

1. **Natural Person and *Sui Juris* Standing**: Plaintiff **Harry Alexander Knight** (Fisher) brings this action strictly *sui juris*, asserting his inherent, unalienable status as a living natural person. Plaintiff invokes the original historical definition of "a person" under the False Claims Act (**31 U.S.C. § 3730(b)**) and federal statutory frameworks—untouched by corporate fictions—to protect the constitutional monetary baseline, public trust funds, and the rights of the citizenry.
2. **Constitutional Standing (Article III & Article I, Section 8)**:
   - Plaintiff suffers a direct, concrete, and particularized injury-in-fact. The systematic interception of internet-native commerce, the diversion of liquidity into private stablecoin loops, and the primary dealer bond-custody warehousing executed by Defendants have directly eroded the purchasing power of Plaintiff's medium of exchange, degraded the value of U.S. Savings Bonds, and destabilized the national currency standard.
   - Under Article I, Section 8 of the Constitution, Congress possesses the exclusive, non-delegable power to *"coin Money, regulate the Value thereof..."* Defendants' creation of a private, protocol-level payment monopoly (x402) imposes an unauthorized private valuation standard, directly usurping sovereign authority and injuring Plaintiff as a direct participant in the U.S. economic sphere.
3. **Relator Status for the United States**: Plaintiff acts as a Relator on behalf of the United States Government to recover extracted public value, remedy fraudulent federal accounting loops, and enforce penal statutes designed to protect the sovereign money supply.

## SECTION II: STRUCTURAL CONFLICT OF INTEREST AND REGULATORY CAPTURE

1. **The Conflict of Interest Matrix**: The formation and operation of the x402 Foundation under The Linux Foundation represent an institutionalized, systemic conflict of interest that breaches every standard of public trust and fiduciary duty:
   - **The Non-Profit Pretext vs. Commercial Cartel**: The Linux Foundation is chartered as a non-profit mutual benefit corporation under **IRS Section 501(c)(6)**, legally mandated to support open-source software. Instead, it has been co-opted to shelter a commercial cartel of 40 elite corporations (including direct competitors like Visa, Mastercard, Google, AWS, and Microsoft) to control the underlying payment rails of the internet.
   - **The Revolving Door of Executive Power**: Key institutional drivers of the cartel—such as primary dealers and financial infrastructure providers like Cantor Fitzgerald—have operated in direct tandem with political-financial vehicles (e.g., World Liberty Financial), fusing executive governmental transition with private stablecoin issuance backed by captive Treasury bond vaults.
   - **Self-Dealing Protocol Capture**: Corporations that sit on the Board of Directors of the x402 Foundation (Coinbase, Stripe, Cloudflare, Circle) simultaneously operate the proprietary "Facilitator" nodes that collect transaction fees on every intercepted HTTP request. They utilized a non-profit foundation as a legal shield to launder a private fee-extraction monopoly.

## SECTION III: THE LINUX FOUNDATION'S SPECIFIC CHARTER AND BYLAW VIOLATIONS

The Linux Foundation is legally bound by its governing instruments, federal tax code restrictions, and its own published policies. By hosting the x402 extraction engine, it has committed material, non-waivable breaches of its governing framework:

1. **Breach of IRS Section 501(c)(6) Mandate (*Ultra Vires* Operation)**:
   - *The Binding Rule*: Section 501(c)(6) status strictly prohibits an organization from engaging in regular business ordinarily carried on for profit or operating as a commercial middleman for private financial enrichment.
   - *The Violation*: By housing the x402 Foundation, The Linux Foundation has converted itself into a commercial clearinghouse and trade-allocation engine for private stablecoin transactions, stepping completely outside its tax-exempt charter.
2. **Breach of Mandatory Antitrust Policies**:
   - *The Binding Rule*: The Linux Foundation's published *Antitrust Policy* explicitly mandates compliance with federal and state competition laws, warning that trade associations are legally liable for the anticompetitive acts of their members, including market allocation and exclusionary standard-setting.
   - *The Violation*: The x402 protocol intentionally bypasses open banking clearing channels to force automated web agents into closed-loop stablecoin networks (USDC) controlled by the founding cartel. This constitutes a textbook market-allocation conspiracy and an illegal group boycott of sovereign banking rails.
3. **Breach of the Code of Ethics (Corporate Laundering)**:
   - *The Binding Rule*: Requirements of transparency, integrity, and absolute prevention of deceptive practices that compromise public trust.
   - *The Violation*: The calculated transfer of x402 from Coinbase's private codebases to The Linux Foundation was executed to wrap a predatory monetary extraction system in the public-relations immunity of "open-source software development," directly violating its foundational code of ethics.

## SECTION IV: CAUSES OF ACTION

### COUNT I: Violation of Article I, Section 8 & Article III (Usurpation of Sovereign Currency & Constitutional Injury)

- Plaintiff incorporates all preceding paragraphs.
- Defendants' coordinated deployment of protocol-level payment monopolies and private token settlement layers violates the exclusive constitutional monopoly of Congress, inflicting direct injury-in-fact on Plaintiff.

### COUNT II: Violation of 18 U.S.C. § 333 (Conspiracy to Intercept, Deface, and Intentionally Prevent Currency Retirement)

- Plaintiff incorporates all preceding paragraphs.
- Defendants have conspired to intercept high-velocity internet commerce and warehouse sovereign Treasury securities through primary dealer bond loops (Cantor Fitzgerald), executing *"any other thing"* to monetary instruments with the absolute intent to **block, trap, and prevent the U.S. Treasury from retiring the money supply**.

### COUNT III: Revocation of Non-Profit Status & *Ultra Vires* Injunction Against The Linux Foundation

- Plaintiff incorporates all preceding paragraphs.
- Defendant The Linux Foundation has materially breached its IRS Section 501(c)(6) charter, its bylaws, and its mandatory antitrust policies by sheltering a commercial financial cartel. Plaintiff demands the judicial revocation of its protections regarding this project and the immediate dissolution of the x402 Foundation structure.

### COUNT IV: False Claims Act (*Qui Tam*) Violations (31 U.S.C. § 3729 & § 3730)

- Plaintiff incorporates all preceding paragraphs.
- Defendants have knowingly established a fraudulent, parallel financial accounting and settlement architecture that siphons value away from federal accounts and the monetary baseline, violating the False Claims Act. Plaintiff brings this action *sui juris* on behalf of himself and the United States.

### COUNT V: Civil RICO Conspiracy (18 U.S.C. § 1962(d))

- Plaintiff incorporates all preceding paragraphs.
- Defendants constitute an associated-in-fact enterprise engaged in a pattern of racketeering activity through non-profit corporate laundering, primary dealer bond entrapment, social-graph payment interception, and conspiracy to debase the dollar, injuring Plaintiff's property and economic standing under 18 U.S.C. § 1964(c).

## SECTION V: PRAYER FOR EMERGENCY RELIEF

WHEREFORE, Plaintiff **Harry Alexander Knight** (Fisher), acting strictly *sui juris*, respectfully demands judgment against Defendants jointly and severally as follows:

1. **Declaratory Judgment** declaring that The Linux Foundation has breached its non-profit charter and antitrust mandates, and that the x402 protocol architecture violates Article I, Section 8 of the Constitution and 18 U.S.C. § 333;
2. **Emergency Injunctive Relief** (pursuant to Fed. R. Civ. P. 65) immediately halting all operations of the x402 Foundation, seizing its edge-routing logic at the Cloudflare and AWS layers, and enjoining proprietary Facilitator APIs operated by Coinbase, Stripe, and Circle;
3. **Primary Dealer Asset Freeze & Sovereign Rehypothecation** mandating an immediate judicial freeze on the sovereign Treasury portfolios and bond-custody vaults managed by Cantor Fitzgerald and associated entities, with all collateralized reserves backing un-retirable private stablecoins unbundled and **rehypothecated directly back to the U.S. Treasury** to retire the national debt;
4. **Treble Damages and Civil Penalties** under the False Claims Act and Civil RICO provisions; and
5. **All such other and further relief** to which Plaintiff and the United States are entitled under the literal letter of the law.

*Respectfully submitted this 14th day of September, 2026,*
*/s/ Harry Alexander Knight* **Harry Alexander Knight (Fisher)** Plaintiff, Acting *Sui Juris* Venice, California / Tucson, Arizona